# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**09-17-00260-CR**

_____

**Delores Ann Paysinger**

**v.**

**The State of Texas**

_____

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-05-05319-CR**

_____

## ORDER

The clerk's record in the above styled and numbered cause was filed August 15, 2017. The reporter's record was filed July 26, 2017. On November 18, 2017, the Court granted a third extension of time to file Appellant's brief, noting that the extension was a "FINAL EXTENSION." On December 8, 2017, the appellant's retained attorney, Elizabeth Alexander, was notified by written notice that although

the brief of the appellant was due December 15, 2017, no brief had been filed. Our notice stated that appellant's brief must be filed by December 28, 2017 or this Court would enter an order requiring the trial court to conduct a hearing to determine why the brief has not been timely filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(a)(1). If the appellant is not incarcerated, but fails to appear at the hearing after having been notified to do so, or after reasonable attempts to notify him have been made, then the trial court may enter a finding that appellant no longer desires to pursue the appeal and forward said finding to this Court. *See* Tex. R. App. P. 38.8(b)(4). If the appellant is present for the hearing, we direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether retained counsel has abandoned the appeal. If the trial court determines that retained counsel has abandoned the appeal, the trial court shall determine whether appellant is indigent and whether counsel should be appointed for the appeal.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The court reporter's record and the clerk's record are to be filed on or before February 5, 2018.

ORDER ENTERED January 8, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger, and Johnson, JJ.